IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                            CASE NO. 5:14-CR-50039-001

DOYLE D. SMITH                                              DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 75) filed in this case on May 5, 2015, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Government's Motion to Forfeit the Bail Bond of the Defendant, for the Entry of a Default Judgment, and for the Forfeiture of Real Property Pledged as Security (Doc. 70) is **GRANTED** to the extent that the $50,000 secured bond is forfeited. However, $45,000 shall be set aside, and a default judgment in the amount of $5,000 is entered in favor of the Government.

**IT IS SO ORDERED** on this 3rd day of June, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE